UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:19-cv-05773-RGK-GJSx | Date | June 30, 2020 |
| Title | William Sandoval v. Metro Cruise Services, LLC, et al. | | |

| | |
|---|---|
| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE |
| Daisy Rojas | N/A |
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None appearing | None appearing |

**Proceedings:**     (In Chambers) Order to Show Cause re Dismissal for Lack of Prosecution

     On April 27, 2020, the court granted Plaintiff's motion for summary judgment and ordered that plaintiff submit a proposed judgment within five days of its publication. To date, no proposed judgment has been submitted. Plaintiff is hereby ordered to show cause in writing on or before **JULY 3, 2020** why this case should not be dismissed for failure to prosecute.