JS6

NOTE: CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| WILLIAM SANDOVAL, | Case No.: 2:19-cv-05773-RGK-GJS |
| Plaintiff, | Honorable R. Gary Klausner |
| vs. | |
| METRO CRUISE SERVICES, L.L.C.; and SIGNAL MUTUAL INDEMNITY ASSOCIATION, LTD.; | **FINAL JUDGMENT** |
| Defendants. | |

---
**FINAL JUDGMENT**

1

On July 2, 2019, William Sandoval ("Plaintiff") filed a complaint against Metro Cruise Services, LLC ("Metro"), and Signal Mutual Indemnity Association, Ltd. ("Signal") (collectively "Defendants"), seeking enforcement of a Supplementary Compensation Order pursuant to section 918(a) of the Longshore and Harbor Workers' Compensation Act ("Longshore Act"), 33 U.S.C. § 901, *et seq*.

Having considered Defendants' motion for summary judgment against Plaintiff, the parties' briefing thereon, and evidence presented, on April 27, 2020, this Court entered its Order DENYING Defendants' Motion for Summary Judgment in all respects and GRANTING *sua sponte* summary judgment to Plaintiff on all issues. Accordingly,

1. Final Judgment is hereby entered against Metro and Signal, jointly and severally, and in favor of Plaintiff on all claims set forth in Plaintiff's operative Complaint in this action.
2. The District Court hereby upholds the award of District Director Marco A. Adame II, 18th Compensation District, granting Plaintiff additional compensation for Defendants' violation of 33 U.S.C. section 914(f) in the principal amount of $35,767.70, together with interest thereon.
3. Plaintiff is also entitled to interest on the principal amount of $35,767.70, from and after August 7, 2018, at the rate of 2.4% per annum.
4. Accordingly, Plaintiff is hereby awarded against Defendants, jointly and severally, the sum of $35,767.70, together with interest, and reasonable attorneys' fees to be determined after Plaintiff's application for attorneys' fees to be filed within 14 days after entry of this Final Judgment. Costs will be awarded in a amount to be determined following application to the Clerk of Court.

///

///

5. The total judgment in favor of Plaintiff and against Defendants, jointly and severally, including, but not limited to, costs and attorneys' fees, shall bear interest at the post-judgment rate from and after the date hereof until paid.

The time period between the issuance of this Court's Order re: Summary Judgment on April 27, 2020, and the date of this Final Judgment, shall be excluded from all interest calculations.

DONE AND ORDERED this 2nd day of October, 2020.

*Gary Klausner*
Honorable R. Gary Klausner
UNITED STATES DISTRICT JUDGE