# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| WILLIAM SANDOVAL,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>METRO CRUISE SERVICES, L.L.C.; and SIGNAL MUTUAL INDEMNITY ASSOCIATION, LTD.;<br><br>　　　　　　Defendants. | Case No.: 2:19-cv-05773-RGK-GJS<br><br>ORDER RE: PLAINTIFF'S ATTORNEY'S FEES AND COSTS<br>[29] |

　　　　William Sandoval ("Plaintiff") filed a complaint against Metro Cruise Services, LLC ("Metro"), and Signal Mutual Indemnity Association, Ltd. ("Signal") (collectively "Defendants"), seeking enforcement of a Supplementary Compensation Order pursuant to section 918(a) of the Longshore and Harbor Workers' Compensation Act ("Longshore Act"), 33 U.S.C. § 901, *et seq*.

　　　　Pursuant to a joint stipulation of the parties, the Court ORDERS:

　　　　That pursuant to 33 U.S.C. Section 928 of the Longshore and Harbor Workers' Compensation Act ("Longshore Act"), 33 U.S.C. § 901, et seq., and Federal Rules of

1

**ORDER RE: PLAINTIFF'S ATTORNEY'S FEES AND COSTS**

Civil Procedure, Rule 54(d), plaintiff, William Sandoval ("Plaintiff") and his attorney, Brian S. Detrick, be awarded of reasonable attorney's fees for the services of his counsel, Brian S. Detrick, in the amount of $45,000.00 and taxable costs in the amount of $400 (representing filing fees for the complaint herein) from Defendants Metro Cruise Services, LLC ("Metro"), and Signal Mutual Indemnity Association, Ltd. ("Signal") (collectively "Defendants"), jointly and severally.

By Order entered on April 27, 2020, this Court determined that Plaintiff was the prevailing party in this Longshore Act case brought against Defendants. This was reduced to a judgment filed on October 2, 2020, and entered on October 6, 2020. As the prevailing party, Plaintiff is entitled to an award of his attorney's fees from Defendants to be paid directly to Brian S. Detrick. The amount requested reflects a claim for 100 hours of service by Brian S. Detrick at an hourly rate of $450.00. This amount represents all potential fees relating to the Supplementary Compensation Order dated November 29, 2018, including those which could be claimed at the United States Department of Labor.

DONE AND ORDERED this 16th day of October, 2020.

_____
Honorable R. Gary Klausner
UNITED STATES DISTRICT JUDGE